Date: 9/17/2024

Dania Clark
4861 Prince Edward Street
Vancouver, BC
V5V 3Z1
Canada

Re:     $      250,000.00      Credit Facility (the "**Loan Amount**")

Dear Mr. Gosier:

You have advised [ Dania Clarke            ] ("**Lender**") that you are seeking a commitment for a commitment in the aggregate principal amount of $_____250,000.00_____ (the "**Loan**"), upon the terms and conditions set forth in this letter (the "**Commitment Letter**").

**Commitment**. Based upon and subject to the terms and conditions set forth in this Commitment Letter, Lender is pleased to advise you of its commitment to make the Loan (the "**Commitment**").

**Terms**. The Lender's commitment to make the Loan is subject to the following terms:

- Max Principal Amount: _____$250,000.00_____
- Term: 12 months from the first draw, the principal and interest shall be due.
- Lender's Expected Closing Date ("first draw"): September 18, 2024
- Interest due to Lender: Fixed amount of $45,000.00 ( 18 % APY)
- Use of Proceeds: Funding various Film/TV production financings originated by FilmHedge.
- Default: Default interest of 0.75% per month, beginning on 91st day following the maturity date (the 365th day following the first draw date) if the Loan is not paid in full prior to such date, until the date the loan is paid in full.
- Other Considerations: Lender shall have the option to accept a minimum of 1 (one) 'Executive Producer' credit in each co-funded production that can be re-assigned at their discretion.

**Expenses.**    Each party shall bear its own costs and expenses.

**Revocation and Termination of Commitment**.   Time and strict performance are of the essence with respect to all of the terms, conditions and provisions of this Commitment Letter.

**General Terms.**    The terms set forth in this Commitment Letter are intended to be indicative of the principal terms of the Loan, and this Commitment Letter does not purport to specify all of the terms, conditions, representations and warranties, covenants and other provisions

Exhibit "1"

Page 2

that will be contained in the final loan documents. This Commitment Letter and the closing of the Loan will be subject to such other terms, covenants and conditions as Lender deems appropriate in the exercise of its sole credit judgment. This Commitment Letter supersedes all prior term sheets, discussions, indications of interest and proposals (whether oral or written) previously delivered to Borrower. This Commitment Letter may not be modified, amended or supplemented, except by a document in writing signed by the parties hereto. Borrower may not assign this Commitment.

**Governing Law; Waiver of Trial by Jury.** This Commitment Letter shall be governed by and construed in accordance with the laws of the State of Georgia. Each of Borrower and Lender hereby irrevocably waives all right to trial by jury in any action, proceeding or counterclaim (whether based on contract, tort, or otherwise) arising out of or relating to this Commitment (including, without limitation, the Term Sheet), and the other transactions contemplated hereby or the actions of Lender in the negotiation, performance or enforcement hereof. This Commitment may be executed in counterparts, each of which shall be an original, and all of which, when taken together, shall constitute one and the same instrument.

We look forward to working with you on this transaction.

Very truly yours,

DocuSigned by:

*Dania Clarke* _____

F849A4FCF2024E3...

Dania Clarke

_____
Name (Print)

**ACCEPTED AND AGREED TO:**

As of  9/17/2024 _____

**FILMHEDGE, LLC**

DocuSigned by:

By:  *Jon Gosier* _____
       81E51612EA1F40B...

Name: Jon Gosier _____

Title: CEO, MediaHedge, Inc (d/b/a FilmHedge)