## Swift Activity Payments Details:

**Template Name:** USDGENERIC-TEMP

**Description:** 4000162

**Sending BIC:** ROYCCAT2SWA

**Debit Account[53a]:** ROYAL BANK OF CANADA-00002-4000162-USD-RBC DOMINION SECURIT

**Destination BIC:** ROYCCAT2

**Amount[32A]:** 250,000.00 USD

**Value Date[32A]:** Sep 19, 2024

**Our Reference[20]:** S0933B

**Bank Operations Code[23B]:** CRED

**Beneficiary Account[59a]:** Account ███████057

FILMHEDGE LLC
3017 BOLLING WAY NE OFFICE NO.2

ATLANTA GA 30305     US
United States of America (the)

**Beneficiary's Bank[57a]:** Account
UPNBUS44
REGIONS BANK
201 MILAN PARKWAY
BIRMINGHAM
US
United States of America (the)

**Intermediary[56a]:**

**Ordering Customer[50a]:** ████████426

CLARKE D AND S - JT
4861 PRINCE EDWARD STREET

VANCOUVER BC V5V3Z1   CA
Canada

**Ordering Bank[52a]:** Account

RBC DOMINION SECURI
277 FRONT ST WEST 4TH FL
TORONTO ON CA

**Receiver's Correspondent[54a]:**

Exhibit "2"

1

**Details of Payment[70]:**    RFB    REF. DANIA CLARKE
PRODUCTION NIGHT AND DAY

**Bank-to-Bank Information[72]:**    NODEDUCT

**Charges For[71A]:**    OUR

**Sender's Charges[71F]:**

**Receiver's Charges[71G]:**

**Instructed Amount[33B]:**    USD

**Exchange Rate[36]:**

**Instruction Code[23E]:**

**Transaction Type Code[26T]:**

**Third Reimbursement Institution[55a]:**

**Regulatory Reporting[77B]:**

**Envelope Contents[77T]:**

**Time Indication[13C]:**

**Reason To Cancel:**

**Created By:**                    Mary Joyce San juan,  Sep 19, 2024 at 12:28:32 PM ET

**Last Modified By:**

**Imported By:**

**Approved By:**                   Viola Lee,  Sep 19, 2024 at  12:44:20 PM ET


**ICN:**                           CA240919307364000

**Status:**                        Completed

**Message Ref:**                   P103000005253658

**Message Type:**                  MT 103