## EXHIBIT "C"
## PERSONAL GUARANTY

IN CONSIDERATION OF, and as an inducement for the granting, execution, and delivery of that certain Credit Facility from Dania Clarke in the principal amount of $250,000.00 (U.S. Dollars) and interest amount of $45,000.00, dated September 17, 2024, (hereafter referred to as the "Credit Facility") between FilmHedge, LLC as Borrower and Dania Clarke as Lender, and in further consideration of the sum of TEN and NO/100ths DOLLARS ($10.00) and other good and valuable considerations paid by Borrower to the undersigned, the receipt and sufficiency of which are acknowledged, **Jonathan Dwayne ("Jon") Gosier** residing at 5724 Kayron Drive; Atlanta; Fulton County; Georgia 30328 **guarantees to Lender** the full and prompt payment of the funds set forth in the Credit Facility, as well as guarantees the full and timely performance and observance of all the covenants, terms, conditions, provisions, and agreements therein provided to be performed and observed by Borrower; and Guarantor covenants and agrees to and with Lender that, if Borrower should at any time default in the payment of any funds or any other such sums due and payable by Borrower under said Credit Facility, or if Borrower should default in the performance and observance of any other terms, covenants, conditions, provisions, and agreements contained in said Credit Facility, then Guarantor shall and will forthwith pay such obligations to Lender and shall and will forthwith faithfully perform and fulfill all of such terms, covenants, conditions, provisions, and agreements and will forthwith pay to Lender all damages that may arise in consequence of any such default by Borrower under said Credit Facility, including, without limitation to, all reasonable attorneys' fees and disbursements incurred by Lender or caused by any such default and/or by the enforcement of this Guaranty.

This Guaranty is an absolute and unconditional Guaranty of payment and of performance.  It shall be enforceable by Lender in an action against Borrower, Guarantor, and/or any other guarantors of the Credit Facility, or in a separate and independent action against Guarantor without the necessity for any suit or proceedings on Lender's part of any kind or nature whatsoever against Borrower or Guarantor of Borrower's failure to pay the obligations due under the Credit Facility or of Borrower's default or breach under the Credit Facility or of any other notice or demand to which Guarantor might otherwise be entitled, all of which notices Guarantor expressly waives; and Guarantor expressly agrees that the validity of this Guaranty and the obligations of Guarantor hereunder shall in no way be terminated, affected, diminished, or impaired by reason of the assertion, or the failure to assert, by Lender against Borrower of any of the rights or remedies reserved to Lender pursuant to the provisions of the Credit Facility or any other remedy or right which Lender may have at law or in equity.  Guarantor expressly consents and agrees that any such actions against Guarantor may be brought and pursued against Guarantor in the county or judicial district or circuit in which the Guarantor resides.

This Guaranty shall be a continuing guaranty, and the liability of Guarantor hereunder shall in no way be affected, modified, or diminished by reason of any assignment, renewal, modification, or extension of the Credit Facility or by reason of any modification or waiver of or change in any of the terms, covenants, conditions, provisions, or agreements of said Credit Facility, or by reason of any extension of time that may be granted by Lender to Borrower, or by reason of any unilateral action of either Lender or Borrower, or by reason of any dealings or transactions or matter or thing occurring between Lender and Borrower, including, without limitation, any adjustments, compromises, settlements, accord and satisfactions, or releases, or any bankruptcy, insolvency, reorganization, arrangement, assignment for benefit of creditors, receivership, or trusteeship affecting Borrower, whether or not notice thereof is given to Guarantor, all of which notices Guarantor expressly waives.

9

Dania Clarke/FilmHedge
Amendment                                    EXHIBIT "4"

Guarantor expressly waives any suretyship defense he may have by virtue of any statute, law, or ordinance of any state or other governmental authority.

All Lender's rights and remedies under the Credit Facility or under this Guaranty are intended to be distinct, separate, and cumulative and no such right and remedy therein or herein mentioned is intended to be in exclusion of, or a waiver of, any of the others.  If other agreements similar to this Guaranty are executed from time-to-time by other persons or entities with respect to the Credit Facility, this Guaranty shall be cumulative of such other agreements to the effect that the liabilities of Guarantor hereunder shall be joint and several with those of such other guarantors or sureties, and the liabilities of Guarantor hereunder shall in no event be affected or diminished by reason of any such other agreement.

Guarantor warrants and represents that he has the legal right and capacity to execute this Guaranty and that Guarantor has a direct financial interest in the making of said Credit Facility. Guarantor waives all presentments, demands for performance, notices of non-performance, protests, notice of protests, notices of dishonor, and notices of acceptance.

Lender may, without notice, assign this Guaranty in whole or in part, and/or may assign all or any part of her interest in the Credit Facility, and, in such event, each and every successive assignee of the Credit Facility and/or this Guaranty shall have the right to enforce this Guaranty, by suit or otherwise, for the benefit of such assignee as fully as if such assignee were named herein.  Guarantor shall not assign or delegate this Guaranty without Lender's prior written consent.

This Guaranty, and all the terms, covenants, conditions, provisions, and agreements hereof, shall be binding upon and shall inure to the benefit of the respective heirs, executors, personal representatives, successors, and assigns of Lender, Borrower and Guarantor.  Words of any gender in this Guaranty shall be construed to include any other gender, words in the singular number shall be construed to include the plural, and words in the plural number shall be construed to include the singular, when the context or sense of this Guaranty requires.  Whenever the words "Lender", "Borrower", or "Guarantor" are used herein, they shall be construed to mean, and the terms, covenants, conditions, provisions, and agreements hereof shall be binding upon, not only the named Lender, Borrower, and Guarantor, but also the respective heirs, executors, personal representatives, successors, and assigns of Lender, Borrower and Guarantor.  This Guaranty shall be enforced and construed in accordance with the laws of the State of Georgia.

IN WITNESS WHEREOF, Guarantor has hereunto set his hand and seal this 20__ day of August 2025.

Signed by:

Jon Gosier
_____
C24ABC657B304B5...
**JONATHAN DWAYNE ("JON") GOSIER**
Guarantor

Dania Clarke/FilmHedge
Amendment